| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Brewster, Rudi M. | 2. Court or Organization<br><br>So. District of California | 3. Date of Report<br><br>05/06/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>940 Front Street, Suite 4165<br>San Diego, CA 92101-8902 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 9: 47 FINANCIAL DISCLOSURE OFFICE

Brewster_Rudi_M

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Brewster, Rudi M. | - | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Charles Schwab Money Market | B | Interest | L | T | | | | | |
| 2. | CA State GO 4% Due 2/08 | A | Interest | | | Matured | 2/1 | K | | |
| 3. | CA State GO 6.5% Due 11/08 | C | Interest | | | Matured | 11/1 | L | | |
| 4. | CA State GO 4% Due 9/09 | A | Interest | K | T | | | | | |
| 5. | Los Angeles CA 4% Due 9/09 | B | Interest | L | T | | | | | |
| 6. | CA State GO 5.25% Due 10/09 | B | Interest | K | T | | | | | |
| 7. | CA State GO 5.25% Due 2/10 | B | Interest | K | T | | | | | |
| 8. | CA State GO 5% Due 4/10 | B | Interest | L | T | | | | | |
| 9. | CA State GO 6.125% Due 10/11 | B | Interest | K | T | | | | | |
| 10. | PIMCO Total Return | C | Dividend | L | T | Sold (part) | 11/18 | L | A | |
| 11. | Vanguard Bond Index | C | Dividend | L | T | | | | | |
| 12. | Vanguard Hi-Yield Corp | B | Dividend | K | T | | | | | |
| 13. | Vanguard Inflation Protected Bond | A | Dividend | M | T | Buy (add'l) | 11/18 | J | | |
| 14. | (additional transaction to above line) | | | | | Buy (add'l) | 12/19 | L | | |
| 15. | Vanguard ST Bond Index | B | Dividend | M | T | Buy (add'l) | 11/18 | L | | |
| 16. | Vanguard ST Invest Grade | B | Dividend | K | T | Sold (part) | 11/14 | J | A | |
| 17. | Vanguard GNMA | A | Dividend | K | T | Buy (add'l) | 11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard CA Ins Int | C | Dividend | L | T | | | | | |
| 19. DFA 5-Yr Global Bond | A | Dividend | | | Sold | 12/17 | K | B | |
| 20. Fiserv Inc. | | None | | | Sold | 12/17 | J | D | |
| 21. Coh. & Strs Realty | A | Dividend | | | Sold | 12/17 | K | A | |
| 22. DFA Tax Mgd Mkt Val | A | Dividend | | | Sold | 11/18 | K | A | |
| 23. DFA Tax Mgd US Eqty | B | Dividend | | | Sold | 11/18 | L | A | |
| 24. Dodge & Cox Stock | A | Dividend | | | Sold | 12/17 | J | A | |
| 25. Longleaf Partners | | None | | | Sold | 12/17 | J | A | |
| 26. Schwab 1000 | B | Dividend | | | Sold | 12/17 | L | E | |
| 27. TR Price Equity Income | B | Dividend | J | T | Sold (part) | 11/18 | K | A | |
| 28. (additional transaction to above line) | | | | | Sold (part) | 12/19 | K | A | |
| 29. Vanguard Growth Index | A | Dividend | J | T | Sold (part) | 11/18 | K | A | |
| 30. (additional transaction to above line) | | | | | Buy (add'l) | 12/22 | J | | |
| 31. Vanguard Dividend Growth | A | Dividend | J | T | Sold (part) | 11/18 | K | A | |
| 32. (additional transaction to above line) | | | | | Sold (part) | 12/19 | K | A | |
| 33. Vanguard Wellesley | A | Dividend | | | Sold | 11/18 | K | A | |
| 34. DFA Tax Mgd Small Value | A | Dividend | | | Sold | 11/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. DFA Tax Mgd US Small | A | Dividend | | | Sold | 11/18 | J | A | |
| 36. DFA US Micro Cap | A | Dividend | J | T | Buy (add'l) | 11/18 | J | | |
| 37. (additional transaction to above line) | | | | | Sold (part) | 12/22 | J | A | |
| 38. DFA US Small Cap Value | A | Dividend | J | T | Buy (add'l) | 11/18 | J | | |
| 39. DFA US Small Cap | A | Dividend | J | T | Buy (add'l) | 11/18 | J | | |
| 40. (additional transaction to above line) | | | | | Sold (part) | 12/19 | J | A | |
| 41. Vanguard Small Cap Index | A | Dividend | | | Sold | 12/19 | J | A | |
| 42. DFA CA ST Muni | A | Dividend | K | T | Buy | 5/20 | J | | |
| 43. (additional transaction to above line) | | | | | Buy (add'l) | 11/18 | K | | |
| 44. DFA Large Cap | A | Dividend | K | T | Buy | 11/18 | L | | |
| 45. (additional transaction to above line) | | | | | Sold (part) | 12/17 | K | B | |
| 46. DFA Large Cap Value | A | Dividend | J | T | Buy | 11/18 | K | | |
| 47. (additional transaction to above line) | | | | | Sold (part) | 12/17 | K | B | |
| 48. DFA Two-Year Global | A | Dividend | | | Buy | 11/18 | J | | |
| 49. (additional transaction to above line | | | | | Sold | 12/17 | J | A | |
| 50. PIMCo CA Short Duration | A | Dividend | K | T | Buy | 11/18 | K | | |
| 51. S&P 500 Growth ETF | | None | | | Buy | 11/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. (additional transaction to above line) | | | | | Sold | 12/17 | K | B | |
| 53. Vanguard ST Treasury | A | Dividend | M | T | Buy | 12/19 | M | | |
| 54. Vanguard Small Cap Growth Index | A | Dividend | J | T | Buy | 11/18 | J | | |
| 55. Vanguard 500 | A | Dividend | K | T | Buy | 12/19 | K | | |
| 56. TCS Stock | | None | J | T | | | | | |
| 57. Rey River Ranch Stock | | None | J | T | | | | | |
| 58. Vanguard CA Tax Exempt | B | Dividend | M | T | Buy | 03/08 | K | | Transfer from IRA, Savings |
| 59. Cabrillo Fed Credit Union | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Brewster, Rudi M. | 05/06/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544